U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 11 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF GEORGIA

DIVISION ATLANTA
(USAO 2011R00489)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: FULTON

DISTRICT COURT NO. 1 11-CR-238

MAGISTRATE CASE NO. ____________

X Indictment | __ Information | __ Magistrate's Complaint

DATE: May 11, 2011 | DATE: | DATE:

UNITED STATES OF AMERICA
vs.
**CHRISTOPHER BROWN,**
**a/k/a "Blue"**

SUPERSEDING

Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
X Felony __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date):

DATE OF ARREST: ____________
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: ____________
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: ____________ Issued by: ____________

IS IN CUSTODY:

4. X On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   X Federal __ State
   If Yes, show name of institution Robert A. Deyton
   Has detainer been filed __ Yes __ No
   If Yes, give date ____________

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE:
A.U.S.A.: L. Skye Davis
DEFT'S ATTY:

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BY: L. Skye Davis
Assistant United States Attorney

DATE: ____________