FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 12 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

CHRISTOPHER BROWN
c/o U. S. Marshal

**SUMMONS IN A CRIMINAL CASE**

**SUPERSEDING**

CASE NO. 1:11-CR-238

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

**PLACE:** U.S. Courthouse
Richard B. Russell Building
**18th Floor, Room 1879**
75 Spring Street, S.W.
Atlanta, Georgia 30303-3361

**BEFORE:** Honorable C. Christopher Hagy
United States Magistrate Judge

**DATE AND TIME:** May 20, 2011
10:15

To answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of **Title 21, United States Code, Section(s) 846,841**

Brief description of the offense: Conspiracy to Possess with Intent to Distribute Controlled Substance

AUSA: L. Skye Davis

Counsel for Defendant: Duty Federal Defender

**PLEASE CONTACT PRETRIAL SERVICES IMMEDIATELY UPON RECEIPT OF THIS SUMMONS. OFFICE HOURS ARE FROM 8:30 AM TO 5:00 PM, MONDAY THROUGH FRIDAY. TELEPHONE (404) 215-1950.**

May 12, 2011

JAMES N. HATTEN
CLERK OF COURT

By: [signature]
Deputy Clerk