**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

*Suite 600 Richard Russell Building*
*75 Spring Street, S.W.*
*Atlanta, Georgia 30303*
*Telephone (404)581-6000*
*Fax (404)581-6181*

May 16, 2011

Courtroom Deputy
United States District Court
for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, Georgia 30303

Re: **Leave of Absence**

United States v. Christopher Brown, a/k/a Blue
Criminal Action No. 1:11-CR-238

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa., that I will be out of the office from **Tuesday, May 31, 2011, to and including Friday, June 3, 2011.** I request that the Court not schedule any court appearances in the above-referenced matter for these dates.

Sincerely,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ L. Skye Davis*
L. SKYE DAVIS
ASSISTANT U.S. ATTORNEY

cc: Counsel for Defendant via ECF