IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | |
| CHRISTOPHER BROWN | ) | 1:11-CR-238-UNA. |
| | ) | |

NOTICE OF APPEARANCE OF COUNSEL

COMES NOW undersigned counsel, STEPHEN P. JOHNSON, and enters his appearance as counsel for CHRISTOPHER BROWN.

Dated: This 18th day of May, 2011.

*/s/ Stephen P. Johnson*
STEPHEN P. JOHNSON
State of Georgia Bar No. 970596
Attorney for CHRISTOPHER BROWN

Federal Defender Program, Inc.
101 Marietta Street, N.W., Suite 1500
Atlanta, Georgia 30303
(404) 688-7530; Fax (404) 688-0768
Email: Stephen_P_Johnson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice Of Appearance Of Counsel has been formatted in Book Antigua , 13 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following Assistant United States Attorney of record:

L. Skye Davis, Esq.
Assistant United States Attorney
600 Richard B. Russell Building
75 Spring Street, S. W.
Atlanta, Georgia 30303

Dated: This 18th day of May, 2011.

*/s/ Stephen P. Johnson*
STEPHEN P. JOHNSON