**FEDERAL DEFENDER PROGRAM, INC.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CENTENNIAL TOWER, SUITE 1500
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX
404 688-0768

May 31, 2011

***Via ECF***

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, Georgia 30303

| Re: *Case Title* | *Docket No.* (*Criminal*) |
|---|---|
| U.S. v. Opeoluwa Adigun | 1:10-cr-202-RWS-RGV-1 |
| U.S. v. Peter Ashu | 1:09-cr-174-WSD |
| U.S. v. Scandolph Ayers | 1:10-cr-177-MEF-GGB-5 |
| U.S. v. Christopher Brown | 1:11-cr-238-AT-CCH |
| U.S. v. Sandra Chitwood | 3:11-cr-003-TWT |
| U.S. v. Estrada-Monzon | 4:10-cr-053-RLV-WEJ |
| U.S. v. Willie H.Jackson | 1:11-cr-167-CAP-AJB-1 |
| U.S. v. Jose Linares | 1:11-cr-165-RWG-ECS |
| U.S. v. Brian Prewitt | 1:11-cr-136-JEC-AJB-8 |
| U.S. v. CharlesTomlin | 2:11-cr-002-WCO-SSC |
| U.S. v. Darrius Towns | 1:11-cr-200-WSD-AJB-5 |
| U.S. v. Antoine B. Williams | 1-10-cr-393-TCB-AJB |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant LcrR 57.1E(4), NDGa, that I will be out of the office on August 12 - August 19, 2011.

I request that the Court not schedule any court appearances in the above-referenced matter for those dates. Your consideration is greatly appreciated.

Respectfully submitted,

*s/ Stephen P. Johnson*
Stephen P. Johnson, Esq.
Staff Attorney

SPJ:gm
cc: AUSA (ECF)