FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 20 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:11-CR-238 - AT- CCH |
| CHRISTOPHER BROWN, | : | |
| a/k/a Blue | : | |

**PROTECTIVE ORDER FOR DISCOVERY MATERIALS**

In this case, the discovery materials attached to the United States' Application For Protective Order as Exhibit A and bates stamped GIGLIO 1 - 35 contain information of a confidential and sensitive nature.

THEREFORE, IT IS HEREBY ORDERED, pursuant to Federal Rule of Criminal Procedure Rule 16(d), that:

1. The discovery materials attached to the Application as Exhibit A shall be used by the defendant and his counsel solely for the purpose of allowing the defendant to prepare his defense, and that the defendant, defense counsel, and members of the defense team shall not disseminate, disclose, or provide the above referenced discovery materials to anyone who is not necessary to the preparation of the defense.

2. The discovery materials contained in Exhibit A shall not be further disseminated by the defendant or his counsel to any

individual, organization, or other entity, other than:

a To members of the defense team (co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff);

b. Any experts or consultants retained to assist in the preparation of the defense;

c. Counsel for co-defendants (if any); and

d. the Court.

Upon any dissemination of the materials and information containing the sensitive information identified herein, defense counsel will inform the recipient as to the existence of this Protective Order and the requirement to maintain the confidentiality of the information conveyed.

3. If defendant's counsel desires to disclose this discovery, to make it available or to communicate the content of the discovery materials in Exhibit A to any other person not described in this Order, counsel for the United States must first be so advised.

4. This Order shall survive the final termination of this action, and upon termination of this action, including termination of any appeal, counsel for the defendant shall return

all copies of the discovery materials in Exhibit A to the Government or shall certify that said documents have been destroyed.

SO ORDERED, this 20th day of June, 2011.

C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

Prepared by
L. Skye Davis, AUSA