IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 07 2011

JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:11-CR-238-AT-CCH |
| CHRISTOPHER BROWN | ) | |

**ORDER**

Upon motion by the Defendant, CHRISTOPHER BROWN, and for good cause shown, the Defendant's motion for a continuance to file perfected motions for the disclosure of confidential informants and suppression of evidence seized is hereby GRANTED. The perfected motions are now due on **Monday, July 25, 2011.**

The delay shall be excluded from the Speedy Trial Act calculations because the Court finds the reason for the delay was for good cause and the interests of justice in granting the continuance outweigh the public's and the defendant's rights to a speedy trial. 18 U.S.C. § 3161, et seq. The Court finds that it was necessary to extend the time for defendant's counsel to review discovery recently released under Giglio v. United States, 405 U.S. 150 (1972) The Clerk is directed to count as excludable any delay occurring in extending the motions deadline. 18 U.S.C. § 3161, et seq.

SO ORDERED this 6th day of July 2011.

HON. C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE