**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

.

*600 Richard Russell Building*
*75 Spring Street, S.W.*
*Atlanta, Georgia 30303*

August 29, 2011

***Via ECF***

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Spring Street SW
Atlanta, GA 30303

**Re: Notice of Leave of Absence**

Dear Courtroom Deputies:

Pursuant to Local Criminal Rule 57.1E(4), as attorney of record in the attached matters, I submit a notice of leave of absence and respectfully request that the Court not schedule any court appearances in these cases for the following dates:

**September 13 - September 16, 2011**

**October 25 - October 28, 2011**

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

**/s/ L. SKYE DAVIS**
ASSISTANT UNITED STATES ATTORNEY

## CASE LIST OF AUSA L. SKYE DAVIS

| | |
|---|---|
| United States v. Holloway | 1:10-CR-00509-ODE-CCH |
| United States v. Adkins | 1:10-CR-00520-JEC-CCH |
| United States v. Bushay, et al. | 1:10-CR-00521-TCB-AJB |
| United States v. Langford | 1:11-CR-00168-SCJ-CCH |
| United States v. Castro-Hurias | 1:11-CR-00183-AT-JFK |
| United States v. Felipe-Lopez | 1:11-CR-00237-TWT-AJB |
| United States v. Brown | 1:11-CR-00238-AT-CCH |
| United States v. Wingfield | 1:11-CR-00334-UNA |
| United States v. House | 1:11-CR-389-CAP-AJB |
| United States v. FNU LNU | 1:11-MJ-554-LTW |