IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:11-cr-238-AT |
| CHRISTOPHER BROWN, Defendant. | |

**ORDER**

The Honorable Sterling Johnson, Senior District Judge, Eastern District of New York, has been designated by the Chief Justice of the United States to sit with this court. The above case is hereby reassigned to him for purposes of conducting the plea colloquy and sentencing.

SO ORDERED, this 14th day of OCTOBER, 2011.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE