FEDERAL DEFENDER PROGRAM, INC.
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CENTENNIAL TOWER, SUITE 1500
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX
404 688-0768

November 15, 2011

***Via ECF***

Courtroom Deputies
United States District Court
for the Northern District of Georgia
75 Spring Street, S.W.
Atlanta, Georgia 30303

| Case Title | Docket No. (Criminal |
|---|---|
| United States v. Adigun | 1:10-CR-202-RWS-RGV-1 |
| United States v. Baez-Ubiera | 1:10-CR-244 |
| United States v. Brown | 1:11-CR-238-AT-CCH |
| United States v. Brumelow | 4:11-CR-30-HLM-WEJ |
| United States v. Bush | 1:11-CR-370-JEC |
| United States v. Estrada-Monzon | 4:10-CR-053-RLV-WEJ |
| United States v. Flores-Mexicano | 1:11-CR-424-ODE-LTW |
| United States v. Franklin | 1:11-MJ-1649-AJB |
| United States v. Harrell | 1:10-CR-349-JEC-GGB |
| United States v. Hernandez-Cruz | 1:11-CR-425-JOF-AJB |
| United States v. Leoveanu | 1:11-CR-426-WSD-CCH-1 |
| United States v. Linares | 1:11-CR-165-RWG-ECS |
| United States v. Louis | 1:11-CR-434-TCB-RGV-1 |
| United States v. Prewitt | 1:11-CR-136-JEC-AJB-8 |
| United States v. Ramales-Castillo | 1:11-CR-443-WSD-AJB |
| United States v. Schroeder | 1:11-CR-422-JOF-ECS |
| United States v. Towns | 1:11-CR-200-WSD-AJB-5 |
| United States v. Whitted | 1:10-CR-412-WSD-ECS-2 |

Dear Courtroom Deputy:

This letter is to notify the Court pursuant LcrR 57.1E(4), NDGa, that I will be out of the office on **December 22, 2011 through and including December 30, 2011.**

I request that the Court not schedule any court appearances in the above-referenced matters for those dates. Your consideration is greatly appreciated.

Sincerely,

*s/ Stephen P. Johnson*
Stephen P. Johnson
Staff Attorney

SPJ/gm

cc: AUSAs (*Via ECF*)

FEDERAL DEFENDER PROGRAM, INC.
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

CENTENNIAL TOWER, SUITE 1500
101 MARIETTA STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX
404 688-0768

| *Case Title* | *Docket No. (Criminal* |
|---|---|
| United States v. Adigun | Case No.: 1:10-CR-202-RWS-RGV-1 |
| United States v. Baez-Ubiera | Case No.: 1:10-CR-174-244 |
| United States v. Brown | Case No.: 1:11-CR-238-AT-CCH |
| United States v. Brumelow | Case No.: 4:11-CR-30-HLM-WEJ |
| United States v. Bush | Case No.: 1:11-CR-370-JEC |
| United States v. Estrada-Monzon | Case No.: 4:10-CR-053-RLV-WEJ |
| United States v. Flores-Mexicano | Case No.: 1:11-CR-424-ODE-LTW |
| United States v. Franklin | Case No.: 1:11-MJ-1649-AJB |
| United States v. Harrell | Case No.: 1:10-CR-349-JEC-GGB |
| United States v. Hernandez-Cruz | Case No.: 1:11-CR-425-JOF-AJB |
| United States v. Leoveanu | Case No.: 1:11-CR-426-WSD-CCH-1 |
| United States v. Linares | Case No.: 1:11-CR-165-RWG-ECS |
| United States v. Louis | Case No.: 1:11-CR-434-TCB-RGV-1 |
| United States v. Prewitt | Case No.: 1:11-CR-136-JEC-AJB-8 |
| United States v. Ramales-Castillo | Case No.: 1:11-CR-443-WSD-AJB |
| United States v. Schroeder | Case No.: 1:11-CR-422-JOF-ECS |
| United States v. Towns | Case No.: 1:11-CR-200-WSD-AJB-5 |
| United States v. Whitted | Case No.: 1:10-CR-412-WSD-ECS-2 |