# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:11-cr-00238-SJ-CCH**
**USA v. Brown**
**Honorable Sterling Johnson**

---

Minute Sheet for proceedings held In Open Court on 01/10/2012.

| | |
|---|---|
| TIME COURT COMMENCED: 9:35 A.M. | COURT REPORTER: Monty Vann |
| TIME COURT CONCLUDED: 10:20 A.M. | CSO/DUSM: 2 USMs and 1 CSO |
| TIME IN COURT: 00:45 | USPO: Stacy Rhault |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Janet Reed |

| | |
|---|---|
| DEFENDANT(S): | [1]Christopher Brown Present at proceedings |
| ATTORNEY(S) PRESENT: | L. Davis representing USA<br>Stephen Johnson representing Christopher Brown |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | SENTENCING HEARING: Defendant's motion for downward departure denied. CBOP 70 months. $100 special assessment. 3 years supervised release with no special conditions. Counts 1, 2, and 3 dismissed. The Court recommended that the defendant be incarcerated in the institution in Jesup, Georgia. |
| HEARING STATUS: | Hearing Concluded |