IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 1:11-CR-238 |
| CHRISTOPHER BROWN | : | |

**NOTICE OF ENTRY OF APPEARANCE**

Assistant U.S. Attorney Bret R. Williams hereby files this Notice of Entry of Appearance and respectfully requests that he be added as counsel of record for Plaintiff of the United States of America.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

/s/BRET R. WILLIAMS
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 534610
75 Spring Street, S.W.,
Suite 600
Atlanta, GA 30303
404/581-6000,
Fax: 404/581-6181

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document electronically:

Defense Counsel

This 9th day of December, 2014.

s/ BRET R. WILLIAMS

ASSISTANT UNITED STATES ATTORNEY
Bret.Williams@usdoj.gov